

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 6, 2020

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. John Ciofalo, 20 Mag. 8224

Dear Judge McCarthy:

    The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

                            By:  _/s/ Jim Ligtenberg_____
                                 Jim Ligtenberg
                                 Assistant United States Attorney
                                 (914) 993-1953

SO ORDERED:

*/s/ Judith C. McCarthy*
_____
Hon. Judith C. McCarthy
United States Magistrate Judge