Case 7:20-mj-08224-UA   Document 10   Filed 09/04/20   Page 1 of 1

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*

KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/20

September 4, 2020

**BY ECF**
Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Ciofalo
             20 MJ 08224

Dear Judge Smith:

    I am writing, with the consent of pretrial services and the government, to request a modification of the defendant's bail limits to include the state of New Jersey. The reason for this request is based on the close proximity of the defendant's home to the New Jersey border, and the regular activities that he participates in in New Jersey.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/kvm

    cc:    AUSA James A. Ligtenberg (by ecf)

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

9/4/20